UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE: **Stephen P. Booker**                                CASE NO: **03-21518-LC-13**

## TRANSMITTAL AND DEPOSIT OF UNCLAIMED FUNDS

Now into Court, comes Keith A. Rodriguez, Standing Chapter 13 Trustee, who reports the following:

1.

That pursuant to Code Section 347(a) ninety days or more has passed since final distribution was made under 11 U.S.C. in certain cases, and pursuant to Rule 3011, the name of persons whom such unnegotiated distributions checks were issued, the amount of the check and the creditor's last known address is as follows:

**Stephen P. Booker
4517 Shelly Lane
Lake Charles LA 70605**

2.

Your Trustee's check for $**4,443.60**, payable to the Clerk, U.S. Bankruptcy Court, is attached.

Respectfully submitted this _10th_ day of September, 2004.

_____
KEITH A. RODRIGUEZ
STANDING CHAPTER 13 TRUSTEE
POST OFFICE BOX 3445
LAFAYETTE, LOUISIANA 70502-3445
(337) 233-4413