UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA



IN RE: Stephen P. Booker
(debtor and/or co-debtor)

CASE NO: 03-21518

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

Comes now the Claimant(s) identified below, to make application for an Order authorizing payment of unclaimed funds now on deposit in the Registry of the Court in the Western District of Louisiana.

**NAME OF CLAIMANT and/or CO-CLAIMANT CURRENT ADDRESS**

Stephen P. Booker
4517 Shelly Lane
Lake Charles, La 70605.

Phone 337-478-9949

CLAIMANT:
SSN/TIN 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

CO-CLAIMANT:
SSN/TIN _____

D/L NO. 003723475  STATE LA

D/L NO. _____  STATE ___

(attach photocopy of license(s) to application)

Dividends in the amount of $ 4443.60 were awarded to the Claimant(s) in the above captioned bankruptcy case. This dividend was not delivered to Claimant(s) due to: misplaced and subsequent voiding of check . (state reason). The Trustee delivered the unclaimed funds to the Clerk of Court pursuant to 11 U.S.C. 347.

Claimant(s) certify/certifies under penalty of perjury that all statements made by Claimant(s) on this application are, to the best of Claimant(s) knowledge, true and correct. Accordingly, Claimant(s) request the Court to enter an Order authorizing payment to Claimant(s) at the above mentioned address.

Claimant(s) further certify/certifies that a copy of this application has been mailed to the U.S. Attorney, 300 Fannin St., Suite 3201, Shreveport, LA 71101.

Stephen P. Book
(Claimant Signature)

6/1/05
(Date)

_____
(Co-Claimant Signature)

_____
(Date)

03-21518 - #28   File 06/03/05   Enter 06/03/05 11:15:43   Main Document   Pg 1 of 1