UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA



MINUTE ENTRY

03-21518 Stephen Page Booker    Chapter: 13

Application for Payment of Unclaimed Funds by Stephen Page Booker

APPEARANCES:

Max M. Morris representing Stephen Page Booker (Debtor)
Hamilton Chauvin, for trustee

DEBTORS: Present

RULING: Application is denied.

When signed by the court, this minute entry shall constitute an order of the court.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Gerald H. Schiff
　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Date: August 18, 2005

COPY SENT
8-19-05
debtor
morris
TL
UST
Financial Deputy; Shreveport